## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

LORI CHAVEZ-DEREMER,                    )
SECRETARY OF LABOR,                      )
UNITED STATES DEPARTMENT OF LABOR,  )
                                                       )
                Plaintiff,         )
                                                       ) Civ. No.: 1:25-cv-00623-JPW
        v.                                     )
                                                       )
                                                       )
PINE CREEK STRUCTURES, INC., and    )
and AMOS STOLTZFUS,                        )
                                                       )
            Defendants.        )
_____)

### MOTION TO APPROVE CONSENT JUDGMENT

Plaintiff, Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor ("Plaintiff"), having filed his Complaint in this matter, submits this Motion asking the Court to approve the proposed consent judgment attached as Exhibit A. Defendants have indicated their consent to entry of the Consent Judgment by their signatures on the proposed consent judgment.

WHEREFORE, the Secretary respectfully requests that the Court approve the proposed Consent Judgment.

November 20, 2025                     Respectfully submitted,


Mailing Address:                      **UNITED STATES**
                                      **DEPARTMENT OF LABOR**

U.S. Department of Labor
Office of the Regional Solicitor      Jonathan Berry
1835 Market Street                    Solicitor of Labor
Mailstop SOL/22
Philadelphia, PA 19103                Samantha N. Thomas
                                      Regional Solicitor

(215) 861-4843 (voice)
(215) 861-5162 (fax)                  Adam Welsh
Brunson.Austin.S@dol.gov              Counsel for Wage and Hour


                                      */s/ Austin Brunson*
                                      Trial Attorney
                                      PA Bar No. 315931

## CERTIFICATE OF SERVICE

I certify that on November 20, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide notice and an electronic link to this document to all attorneys of record.

*/s/ Austin Brunson*
By: Austin Brunson